UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KEITH OGLESBY,<br>    Plaintiff, | Case No. 1:13-cv-668<br><br>Litkovitz, M.J. |
| vs. | |
| COMMISSIONER OF<br>SOCIAL SECURITY,<br>    Defendant. | **ORDER** |

This matter is before the Court on the parties' joint motion to award attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. 24). The parties have stipulated and petitioned the Court to enter an order awarding attorney fees in the sum of $3,400.00 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and $400.00 for costs. The parties have stipulated that this award will satisfy "any and all claims for attorney fees, expenses, and costs that may be payable to plaintiff in this matter under [EAJA], 28 U.S.C. § 2412." (Doc. 24). Further, "any fees paid belong to plaintiff and not his attorney and can be offset to satisfy any pre-existing debt that [plaintiff] owes" the United States under *Astrue v. Ratliff*, 560 U.S. 586 (2010). *Id*.

The Court **GRANTS** the parties' joint motion to award EAJA fees (Doc. 24) and plaintiff is awarded a total amount of $3,400.00 in attorney fees and $400.00 for costs. Plaintiff's previously filed motion for fees (Doc. 23) is therefore **DENIED** as moot.

**IT IS SO ORDERED**.

9/25/14
Date

Magistrate Judge Karen L. Litkovitz
United States District Court